# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-2618-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| LORENA ELIOZA, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Elioza's Motion Hearing/Trial Setting, currently scheduled for October 30, 2020 be rescheduled to *December 11, 2020, at 1:30 p.m*. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated: October 28, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge