# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LORENA ELIOZA,<br><br>   Defendant. | Case No.: 20CR2618-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO EXTEND TEMPORARY BOND CONDITIONS UNTIL SENTENCING** |

The Court has considered Defendant's motion to extend her temporary bond conditions until her sentencing date (ECF No. 34) and the Government's response in opposition. The Court agrees with the Government's position that the balance of interests weighs in favor of Defendant's return to custody to face sentencing in this District. Defendant has clearly suffered a horrific tragedy, but custody of her surviving child has been returned to the foster parent. Although Defendant desires to appeal the termination of her parental rights decision in family court, this is not a prospect which could realistically be accomplished in the short term. Thus, the Court finds that Defendant's need to be present in the State of Arkansas no longer warrants the emergency temporary bond conditions. Accordingly, Defendant's motion to extend the temporary bond conditions until the time of sentencing is **Denied**. Defendant shall self-surrender by March 15, 2021 as previously ordered.

   IT IS SO ORDERED.
Dated: March 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge